675 A.2d 1119
IN THE MATTER OF MILES R. FEINSTEIN,
AN ATTORNEY AT LAW.

May 23, 1996.

## ORDER

The Disciplinary Review Board on March 7, 1996, having filed its decision with the Court concluding that a letter of admonition should be issued to **MILES R. FEINSTEIN** of **CLIFTON,** who was admitted to the bar of this State in 1966, for violation of *RPC* 1.5(b) (failure to reduce fee agreement to writing), and good cause appearing;

It is ORDERED that the Disciplinary Review Board is authorized to issue a letter of admonition to respondent; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.